No. 1059. SECURITIES & EXCHANGE COMMISSION *v.* LONG ISLAND LIGHTING Co. March 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. The application for a stay is also granted. *Solicitor General Fahy* and *Mr. Roger S. Foster* for petitioner. *Mr. Harold R. Medina* for respondent.

No. 996. BOLLENBACH *v.* UNITED STATES. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Bernard Hershkopf* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 955. WALLING, ADMINISTRATOR, *v.* YOUNGERMAN-REYNOLDS HARDWOOD Co., INC. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Fred S. Ball, Jr.* for respondent.

No. 956. WALLING, ADMINISTRATOR, *v.* HARNISCH-FEGER CORPORATION. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Louis Quarles* and *Leo Mann* for respondent.

No. 964. IN THE MATTER OF ROBERT D. MICHAEL. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs.*